1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814
   P: 916-498-5700/F: 916-498-5710
5  Linda_harter@fd.org

6  Attorney for Defendant
   TAMU WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:23-mj-0070-CKD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| TAMU WALKER, | ) | DATE: June 15, 2023 |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: CAROLYN K. DELANEY |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Chi Soo Kim and Assistant Federal Defender Linda Harter, attorney for Tamu Walker, that the Court continue the status conference on June 15, 2023, to August 17, 2023 at 9:30 a.m.

The reason for the continuance is to allow the defense to provide medical records to the government regarding Ms. Walker's medical history. The government will also need time to review the records.

//

//

| | | |
|---|---|---|
| 1 | Dated:  June 9, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Linda C. Harter*<br>LINDA C. HARTER |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant TAMU WALKER |
| 6 | | |
| 7 | Date: June 9, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Chi Soo Kim*<br>CHI SOO KIM |
| 10 | | Assistant United States Attorney<br>Attorney for Plaintiff |

Stipulation and Order to Continue Status Conference          -2-          *United States v. Walker*

# O R D E R

IT IS HEREBY ORDERED that the status conference currently set for June 15, 2023 be vacated for the reasons stated above and continued to August 17, 2023 at 9:30 a.m. in Courtroom 24 (CKD) before Magistrate Judge Carolyn K. Delaney.

Dated:  June 12, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE