PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-mj-00070-CKD |
| Plaintiff, | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | |
| TAMU JOY WALKER, | DATE:  October 19, 2023<br>TIME:   9:30 a.m. |
| Defendant. | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:23-mj-00070-CKD is GRANTED.

It is further ordered that the status conference scheduled on October 19, 2023, is vacated.

IT IS SO ORDERED.

Dated: October 13, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE